**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR IMMEDIATE TEMPORARY RELIEF

Appellate case name:      Stan Stanart, in his official capacity as the Harris County
                          Elections Administrator v. Texas Civil Rights Project and
                          Texas Organizing Project

Appellate case number:    01-18-01001-CV

Trial court case number:  2018-80292

Trial court:              295th District Court of Harris County

The Court **dismisses as moot** appellant's motion for immediate temporary relief. *See* TEX. R. APP. P. 29.3.

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes_____

                 x  Acting individually     ☐  Acting for the Court

Date: __November 9, 2018___